**Carla KLIPPEL, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

WD 76992

Missouri Court of Appeals,
Western District.

ORDER FILED: April 28, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 2015

Carla Kay Klippel, Ashland, MO, Appellant, pro se,

Christine Lesicko, Jefferson City, MO, Attorney for Respondent.

Before Division One: James Edward Welsh, Presiding Judge, and Thomas H. Newton and Karen King Mitchell, Judges

**Order**

Per Curiam:

Carla Klippel appeals from the Labor and Industrial Relations Commission's dismissal of her appeal of the Division of Employment Security's denial of unemployment benefits. Because appellate review is limited to issues determined by the Commission, and Klippel has not challenged the Commission's dismissal of her application for review as untimely, we affirm. Rule 84.16(b).